# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Norma McGrath,

               Plaintiff(s),

v.

State Farm Mutual Automobile Insurance Company,

               Defendant(s).

2:23-cv-01748-ART-VCF

**Order regarding discovery plan**

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 19, 2024.

DATED this 4th day of January 2024.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE