|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |

| | |
|---|---|
| NORMA MCGRATH, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive<br><br>  Defendants. | CASE NO: 2:23-cv-01748-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff NORMA MCGRATH, by and through counsel of record STEVE DIMOPOULOS, ESQ. and MICHAEL L. SHIRTS, ESQ. of DIMOPOULOS INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01748-ART-DJA, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

| Dated this 25th day of March, 2024. | Dated this 25th day of March, 2024. |
|---|---|
| MESSNER REEVES, LLP. | DIMOPOULOS INJURY LAW |
| /s/Renee M.Fiinch | /s/Michael Shirts |
| M. Caleb Meyer, Esq.<br>Nevada Bar No. 13379<br>Renee M. Finch, Esq.<br>Nevada Bar No. 13118<br>8945 W. Russell Rd., Ste. 300<br>Las Vegas, NV 89148<br>*Attorneys for Defendants* | Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Michael L. Shirts, Esq.<br>Nevada Bar No. 10223<br>6671 S. Las Vegas Blvd., Suite 275<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: March 26, 2024